IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP D. HALLFORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0401-WS-C |
| | ) |
| **RICHARD ALLEN,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting Defendants' Motion to Dismiss (doc. 15), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed**.

DONE and ORDERED this 6th day of September, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE